```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                   CASE NO. 06 B 14690
   KAREN E SAMPSON
                                         CHAPTER 13

                                         JUDGE: BRUCE W BLACK

       Debtor
   SSN XXX-XX-9558
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/09/06 and confirmed on 01/17/07.

2. The plan is paid in full.

3. The Debtor paid a total of $  11888.39 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | 783.36 | .00 | 783.36 |
| AMERICAN GENERAL FINANCE | SECURED VEHIC | 4679.64 | 339.90 | 4679.64 |
| ADVANCE AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | NOT FILED | .00 | .00 |
| COMMERCIAL SERVICE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO | UNSECURED | NOT FILED | .00 | .00 |
| ACTIVE CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| H & R ACCOUNTS INC | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| HEIGHTS FINANCE | UNSECURED | 1671.91 | .00 | 1671.91 |
| AMERICAN CABLE ENTERTAIN | UNSECURED | NOT FILED | .00 | .00 |
| SFC CENTRAL BANKRUPTCY | UNSECURED | 1163.75 | .00 | 1163.75 |
| SUN FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT RECOVERY INC | UNSECURED | NOT FILED | .00 | .00 |
| UNION BANCORP INC | UNSECURED | NOT FILED | .00 | .00 |
| WHITE MARSH ANDERSON VIC | UNSECURED | 315.00 | .00 | 315.00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| WORLD ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 5463.00 | .00 | 3150.66 | .00 | 8613.66 |
| PRINCIPAL PAID | 5463.00 | .00 | 3150.66 | .00 | 8613.66 |
| INTEREST PAID | 339.90 | .00 | .00 | .00 | 339.90 |
| TOTAL PAID | 5802.90 | .00 | 3150.66 | .00 | 8953.56 |

The Debtor's attorney, SCHEINBAUM & WEST, was allowed $ 2500.00 and was paid $    526.00  direct and $   1974.00  through the plan.

The Trustee received $    532.81 .

Refunds to the Debtor totaled $    428.02 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/11/09                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE



                            PAGE   2
           CASE NO. 06 B 14690 KAREN E SAMPSON